NO. 07-12-00456-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 21, 2013

_____

JORDAN A. SEIBERT, APPELLANT

v.

THE SCOOTER STORE, LTD: JACKIE WALSH AND
MICHELLE WALSH, APPELLEES

_____

FROM THE 433RD DISTRICT COURT OF COMAL COUNTY;

NO. C2011-0172A; HONORABLE DIB WALDRIP, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

On February 13, 2013, the parties to this appeal filed a joint motion to set aside judgment and remand on the basis that the parties have reached a settlement agreement on all matters in controversy. Because this motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(2)(B), we grant the motion. Accordingly, the trial court's May 14, 2012, and July 10, 2012 summary judgment orders are set aside, without consideration of the merits, and this cause is remanded to the trial court for rendition of judgment in accordance with the settlement agreement of the parties. See TEX. R. APP. P. 42.1(a)(2)(B). The motion further indicates that the parties

agree to bear their own costs incurred by this appeal.  <u>See</u> TEX. R. APP. P. 42.1(d). Because the motion is jointly filed by each of the parties, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Mackey K. Hancock
Justice